## J. B. CAREY v. UNITED STATES.
### No. 6031.

Circuit Court of Appeals, Sixth Circuit.
Oct. 6, 1931.

E. N. Rogers, of Knoxville, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellant.

## John CAROLLO v. UNITED STATES.
### No. 6050.

Circuit Court of Appeals, Sixth Circuit.
April 8, 1932.

N. C. Spencer, of Escanaba, Mich., for appellant.

John Jones, Asst. U. S. Atty., of Ironwood, Mich.

PER CURIAM.

Judgment of District Court affirmed.

## Nathaniel CARROLL v. INLAND GAS CORPORATION et al.
### No. 6105.

Circuit Court of Appeals, Sixth Circuit.
March 18, 1932.

Geo. S. Wallace, of Huntington, W. Va., for appellant.

Browning & Davis, Caldwell & Gray, and Woods, Stewart, Nickell & Smoot, all of Ashland, Ky., for appellees.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellees.

## C. I. T. CORPORATION v. UNITED STATES.
### No. 5936.

Circuit Court of Appeals, Sixth Circuit.
Nov. 3, 1931.

Wm. B. Mente, of Cincinnati, Ohio, and Jos. G. Myerson, of New York City, for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## Nunzio CLEMENTE v. Albert E. WEATHERBEE, Inspector in Charge of Immigration at Youngstown, Ohio.
### No. 6231.

Circuit Court of Appeals, Sixth Circuit.
June 27, 1932.

Louis A. Perry, of Cleveland, Ohio, and Dominic Rendinell, of Youngstown, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.